Terrance JONES, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 01–7844.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

Terrance Jones, pro se. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Terrance Jones seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Jones,* Nos. CR–97–943; CA–01–829–2–23 (D.S.C. filed Aug. 20, 2001 & entered Aug. 21, 2001; filed Sept. 5, 2001 & entered Sept. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*